# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

## CASE NO. 21-80052-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**IGNACIO FLORES-BOCANEGRA**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge [ECF No. 18]. On May 28, 2021, Magistrate Judge Shaniek Maynard held a Change of Plea hearing and thereafter issued a Report and Recommendation [ECF No. 24]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 24] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Ignacio Flores Bocanegra as to the single count in the Indictment is **ACCEPTED**;

3. Defendant Ignacio Flores Bocanegra is adjudicated guilty of the Indictment, which charges him with illegal re-entry after deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2). There is a written plea agreement in this case [ECF No. 16].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 24th day of June 2021.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc: counsel of record